# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:       :

ANGELA MARR       :     CASE NO. 1:26-bk-01009-HWV

         Debtor      :     CHAPTER 13

      :

PENNSYLVANIA STATE     :

EMPLOYEES CREDIT UNION     :

         Movant      :

      :

     v.       :

      :

ANGELA MARR       :

JACK N. ZAHAROPOULOS, ESQUIRE :

        Respondents     :

### DEBTORS' RESPONSE TO AMENDED MOTION OF PENNSYLVANIA STATE EMPLOYEES CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** come Debtor, Angela Marr, by and through her attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted in part and denied in part. The mortgage speaks for itself. Strict proof is demanded.

3. Admitted.

4. Admitted in part and denied in part. The pre-petition arrearage is irrelevant to this motion. Strict proof is demanded as to the post-petition arrearage.

5. Admitted in part and denied in part. Debtor has no knowledge. Strict proof is demanded.

6. Admitted.

7. Admitted in part and denied in part. Debtor believes and hereby avers that the real

estate is worth approximately $250,000.00. Same is subject to obtaining a market analysis. Accordingly, there is a substantial equity cushion providing adequate protection to the Movant. Further, Debtor will make an offer in the near future to bring the post-petition arrearage current.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 6/1/26

## CERTIFICATION OF SERVICE

I, Sharlene R. Miller, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF PENNSYLVANIA STATE EMPLOYEES CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MILOS GVOZDENOVIC, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

Sharlene R. Miller, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 6/2/2026